# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:23-cv-2025 DB P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file to comply with the court order filed on May 30, 2024. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file one of the following:

    a. An amended complaint curing the deficiencies identified in the May 30, 2024, order;

    b. A notice of election to stand on the complaint as filed; or

    c. A notice of voluntary dismissal

Dated: July 1, 2024

DLB7
cham2025.36

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1