UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERS,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK COVELLO, et al.,<br><br>  Defendants. | No. 2:23-cv-2025 SCR P<br><br><br><br>ORDER |

Plaintiff has requested a second extension of time to comply with the court order filed on May 30, 2024 (ECF No. 12). Good cause appearing, this request will be granted. However, plaintiff is cautioned that the court may not grant further extensions of time for this purpose without a more detailed showing of good cause. IT IS HEREBY ORDERED as follows:

  1. Plaintiff's second motion for an extension of time (ECF No. 18) is granted; and

  2. Plaintiff is granted thirty days from the date of this order in which to file one of the following:

   a. An amended complaint;

   b. A notice of election to stand on the complaint as filed; or

   c. A notice of voluntary dismissal.

DATED: August 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE