1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER CHAMBERS,                    No.  2:23-cv-2025 SCR P

12              Plaintiff,

13       v.                                   ORDER

14   PATRICK COVELLO, et al.,

15              Defendants.

16

17

18        Plaintiff has requested an extension of time to file an amended complaint.  Good cause

19   appearing, IT IS HEREBY ORDERED that:

20        1.  Plaintiff's motion for an extension of time (ECF No. 20) is granted; and

21        2.  Plaintiff is granted ninety days from the date of this order in which to file an amended

22   complaint.

23   DATED: October 15, 2024

24

25                                           _____
                                             SEAN C. RIORDAN
26                                           UNITED STATES MAGISTRATE JUDGE

27

28